**Motion to withdraw brief granted, motion to withdraw as counsel dismissed as withdrawn, and Order filed May 12, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00115-CV
_____

## IN THE INTEREST OF J.D.A.S. A/K/A J.S., K.V.S. A/K/A K.S., J.N.S. A/K/A J.S., P.K.J. A/K/A P.J., CHILDREN

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2018-05930J**

## O R D E R

Before the court is a motion filed May 10, 2022 by appellant J.J.'s counsel seeking to withdraw a brief filed pursuant to *Anders v. California*, 386 U.S. 738 (1967), and to be granted until May 18, 2022 for a brief on the merits of this appeal. Appellant J.J.'s counsel contends she now believes there is a non-frivolous argument now to be made in appellant J.J.'s favor.

The motion is hereby GRANTED. The *Anders* brief filed by counsel for appellant J.J. April 18, 2022, is hereby WITHDRAWN. Appellant J.J. shall file a

brief on the merits of this case no later than **May 18, 2022**. No extensions of this deadline shall be granted absent extraordinary circumstances.

In addition, appellant J.J.'s counsel filed a motion to withdraw as counsel contemporaneous with her *Anders* brief. Although appellant J.J.'s counsel's motion to withdraw brief does not mention the motion to withdraw as counsel, it is clear appellant J.J.'s counsel no longer wishes to withdraw from her representation but instead wishes to prosecute this appeal. Accordingly, the motion to withdraw as counsel filed by counsel for appellant J.J. is DISMISSED AS WITHDRAWN.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.